UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>       Plaintiff,<br><br>    v.<br><br>AMARENA ITALIAN RESTAURANT, et al.,<br><br>       Defendants.<br>_____/ | No. C-10-01783-DMR<br><br>**ORDER RE DISMISSAL OF CASE WITH PREJUDICE** |

On October 21, 2010, the parties filed a stipulated dismissal under Fed.R.Civ.P. 41(a)(1), in which the parties jointly requested that the Court retain jurisdiction over enforcement of the settlement agreement that has been reached between the parties. Pursuant to the parties' stipulated dismissal under Fed.R.Civ.P. 41(a)(1), this matter is dismissed with prejudice, but the Court shall retain jurisdiction over enforcement of the settlement agreement for a period not to exceed 18 months from the date of this Order.

IT IS SO ORDERED.

Dated: October 21, 2010

_____
DONNA M. RYU
United States Magistrate Judge